UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, AND TOM HARFORD,<br><br>　　　　　　　　　　Defendants. | No. 1:18-cv-07831(PAC)<br><br>Oral Argument Requested |

**NOTICE OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK'S MOTION TO DISMISS THE AMENDED COMPLAINT AND TO STRIKE THE *AD DAMNUM* CLAUSE OF THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint and to Strike the *Ad Damnum* Clause of the Amended Complaint, and all other papers and proceedings herein, Defendant The Trustees of Columbia University in the City of New York, by and through its counsel, will move this Court, before the Honorable Paul A. Crotty, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint (Dkt. 26) in its entirety with prejudice; or, in the event that the Motion to Dismiss is denied in whole or in part, for an Order, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, striking the *ad damnum* clause in the Amended Complaint.

1

Dated: February 12, 2019

Respectfully submitted,

By: _____
Roberta A. Kaplan
Gabrielle E. Tenzer
Alexandra Elenowitz-Hess
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com
ahess@kaplanhecker.com

Michele S. Hirshman
Darren W. Johnson
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
mhirshman@paulweiss.com
djohnson@paulweiss.com

*Attorneys for Defendant*
*The Trustees of Columbia University*
*in the City of New York*