**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff,<br><br>          v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND TOM HARFORD,<br><br>                    Defendants. | No. 1:18-cv-07831 (PAC)<br><br>Oral Argument Requested |

## DECLARATION OF MONICA L. KUTH

MONICA L. KUTH declares as follows:

1. I am the Director of Leasing Services at Columbia University (the "University"), and have held this role since approximately February 2007. In this role, I am responsible for overseeing all leasing aspects of the occupancy of the residential accommodations owned and operated by the University. My responsibilities include exercising day-to-day oversight over the commencement and termination of tenancies within the University's housing portfolio, including apartments occupied by students within the School of General Studies.

2. I am aware that Ms. Irene Politis signed an Offer of Assignment and Occupancy Agreement with respect to a University apartment on July 20, 2018. I also understand that around September 2018, Ms. Politis was granted a medical withdrawal from the University's School of General Studies.

3. No one instructed me at any time to take any steps to ask or cause Ms. Politis to vacate her University apartment, and at no time has any step been taken by me or anyone who reports to me to require Ms. Politis to vacate her University apartment.

4.  Ms. Politis left her University apartment on January 10, 2019. She deposited her keys with the building's porter, who is an authorized representative of the building to accept keys. The building's superintendent then informed me that her apartment had been vacated.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at:   New York, New York
              February 11, 2019

*/s/ Monica L. Kuth*
Monica L. Kuth