# EXHIBIT 2

# COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK
STUDENT ACCOUNT STATEMENT

| | |
|---|---|
| STUDENT I.D. NUMBER: | [redacted] |
| PROGRAM CODE: | GS GSUNDC |

| | |
|---|---|
| STATEMENT DATE: | November 16, 2018 |
| TOTAL AMOUNT DUE: | $8,557.97 |
| PAYMENT DUE DATE: | December 13, 2018 |
| AMOUNT ENCLOSED: | $_____ |

Irene Savina Politis

---

Make check payable to Columbia University and mail with the remittance stub to: P.O. Box 1385, New York, NY 10008-1385. Write Student I.D. Number on the check. Do not send correspondence to the P.O. Box.
DETACH AND INCLUDE ABOVE PORTION WITH YOUR PAYMENT.

| | |
|---|---|
| STUDENT I.D. NUMBER: | [redacted] |
| STUDENT NAME: | Irene Savina Politis |

| | |
|---|---|
| STATEMENT DATE: | November 16, 2018 |
| PAYMENT DUE DATE: | December 13, 2018 |

| DATE | TERM | DESCRIPTION | CHARGES | CREDITS (CR) | TOTAL |
|---|---|---|---|---|---|
| OPENING BALANCE | | (Account Balance To Date from previous Statement) | 8,435.40 | | |
| CURRENT CHARGES AND CREDITS | | | | | |
| 11-16-18 | Fall18 | Late Payment Charge | 122.57 | | |
| **ACCOUNT BALANCE TO DATE:** | | | | | **$8,557.97** |
| **TOTAL AMOUNT DUE:** | | | | | **$8,557.97** |

Columbia University must receive the total amount due on or before the Payment Due Date.
If full payment is not received by the Payment Due Date, you will be subject to LATE PAYMENT CHARGES.
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Columbia University must receive the total amount due on or before the Payment Due Date.  A LATE PAYMENT CHARGE of $150 will be imposed if your first statement for a term is not paid in full on or before the Payment Due Date, and a LATE PAYMENT CHARGE of 1.5% per month will be imposed on any amount past due thereafter.  Students who are delinquent may be prohibited from registering and/or changing programs, or from receiving a diploma, transcript or certification.  Columbia may utilize the services of an attorney and/or a collection agent to collect any amount past due, and you will be charged an additional amount equal to the cost of collection (including reasonable attorney's fees and expenses) incurred by Columbia.

```
For inquiries on MORNINGSIDE CAMPUS:                       (Columbia University, New York, New York 10027)
Student Service Center                         1-212-854-4400 205 Kent Hall
Housing & Dining                               1-212-854-4076 118 Hartley Hall
Financial Aid-General Studies                  1-212-854-7040 202 Kent Hall
FlexAccount                                    1-212-854-4400 204 Kent Hall
Housing
  Institutional Real Estate (incl. fraternities)  1-212-854-9455 400 West 119th Street
  Residence Halls                              1-212-854-2775 125 Wallach Hall
  Washer/Dryer                                 1-212-854-2775 125 Wallach Hall
International Student Services                 1-212-854-3587 524 Riverside Dr. Ste 200
Student Medical Insurance/Waiver & Enrollment  1-212-854-3286 Alfred Lerner Hall, 7th Floor
Academic Management Services (Payment Plan)    1-800-635-0120
Class Schedule (Student Service Center)        1-212-854-4400 205 Kent Hall
For any other billing questions, please contact:
Student Service Center                         1-212-854-4400 205 Kent Hall
```

```
                  CUMULATIVE CHARGES FOR FALL TERM 18

                  CHARGE                              AMOUNT
                  Late Payment Charge                 236.51
                  Flex Account                        500.00
                  Withdrawal Fee                       75.00
                  Late Payment Charge                 150.00
                  Orientation and Events              290.00
                  130 Morningside Drive             7,475.46
```

*Please refer any inquiries to the appropriate office in the above list.  Do not send correspondence to the PO Box.
*Call (212) 854-1541 to learn if you have a loan check awaiting your signature.
*If you are a Federal Direct Stafford or PLUS loan borrower, you have the right to decline your loan.
*If you do decline, however, these funds will not be automatically replaced by any other source of financial aid.
*You will not be permitted to register or receive a diploma or transcript if you have an outstanding balance.