# EXHIBIT 5



**Molly Savina Politis**

| Identifiers | | Fall 2018 Registration | |
|---|---|---|---|
| Email: | | Standing: | UNDERGRADUATE 1ST YEAR |
| UNI: | | School: | SCHOOL OF GENERAL STUDIES |
| PID: | | Affiliation: | UNDECIDED |

**Account: Tuition and Fees**

Statement Balance as of Nov 16 2018: $8,557.97
Current Balance: $16,860.21
Amount Due: $16,860.21
Due Date: Dec 13 2018

**Current Activity**

| DateTime | Term | Description | Charges | Credits (CR) |
|---|---|---|---|---|
| BALANCE FROM LAST STATEMENT | | | 8,557.97 | |
| Nov 29 2018 | Spring 2019 | 130 Morningside Drive | 8,179.67 | |
| Dec 15 2018 | Fall 2018 | Late Payment Charge | 122.57 | |
| AMOUNT DUE | | | 16,860.21 | |
| ACCOUNT BALANCE TO DATE | | | 16,860.21 | |