# EXHIBIT 8

| | |
|---|---|
| **From:** | David Sanford |
| **To:** | Roberta Kaplan |
| **Cc:** | Meredith Firetog; Kristen Campbell |
| **Subject:** | Politis v. Columbia University |
| **Date:** | Friday, January 25, 2019 10:45:27 AM |

Robbie:

I am in receipt of your January 24, 2019 letter regarding Columbia's eviction of Ms. Politis. After review of the evidence, we remain convinced that the allegations in the Complaint are accurate.

To the extent you disagree, the proper way to proceed is through discovery, not grand-standing threats of sanctions motions. Discovery will demonstrate the truth.

Best wishes. David

### David Sanford, Chairman (bio)

1350 Avenue of the Americas, 31st Floor, New York, NY 10019

**DIRECT**: 646-402-5656 | **MAIN**: 646-402-5650

**ASSISTANT**: Claire Shennan | 646-402-5649



**New York**
**Washington, DC**
**San Francisco**
**San Diego**
**Nashville**
**Baltimore**

**DISCLAIMER**: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.