UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE POLITIS, <br><br> PLAINTIFF, <br><br> -- against -- <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK AND THOMAS HARFORD, <br><br> DEFENDANTS. | Case No. 1:18-cv-07831 (PAC) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the claims made in this action against Defendants with prejudice and without an award of costs to any party.

Dated: June 6, 2019

SANFORD HEISLER SHARP, LLP

By: _____
David Sanford, Esq.
Sanford Heisler Sharp, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Fax: 646.402.5650
Email: dsanford@sanfordheisler.com

*Attorneys for Plaintiff*